**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1687**

_____

CHUKWUMA E. AZUBUKO,

              Plaintiff - Appellant,

        v.

RUPERT MURDOCH & NEWS AMERICA CORPORATION, d/b/a The Boston
Herald; UNITED STATES OF AMERICA,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:12-cv-00170-RBS-TEM)

_____

Submitted:  September 11, 2012      Decided:  September 13, 2012

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chukwuma E. Azubuko, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order dismissing his complaint for failing to state a claim on which relief could be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Azubuko v. Rupert Murdoch & News Am. Corp., No. 2:12-cv-00170-RBS-TEM (E.D. Va. May 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED